## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>RODRIGUEZ, LUIS M | Case No.: 16-29821 (RG)<br>Chapter: 7<br>Judge: ROSEMARY GAMBERDELLA |

### NOTICE OF PROPOSED ABANDONMENT

<u>Jay L. Lubetkin</u>, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | James J. Waldron, Clerk<br>US Bankruptcy Court,<br>District of New Jersey<br>MLK  Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable ROSEMARY GAMBERDELLA on January 10, 2017 at 10:00  a.m. at the United States Bankruptcy Court, Courtroom No.3E. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | 116 Cortlandt Street<br>Belleville, NJ 07109<br><br>Current Market Value: $250,000.00 |

| | |
|---|---|
| Liens on property: | $383,560.00 |

| | |
|---|---|
| Amount of equity claimed as exempt: | $0.00 |

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| NAME: | <u>/s/Jay L. Lubetkin, Chapter 7 Trustee</u> |
| FIRM NAME: | <u>Rabinowitz, Lubetkin & Tully, L.L.C.</u> |
| ADDRESS: | <u>293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039</u> |
| TELEPHONE NO: | <u>(973) 597-9100</u> |
| SUBMITTED BY: | <u>Jay L. Lubetkin</u>  POSITION: <u>Chapter 7 Trustee</u>  PHONE<u>: (973)597-9100</u> |
| DATED: | <u>November 30, 2016</u> |

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-29821-RG
Luis M Rodriguez                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Dec 01, 2016
                             Form ID: pdf905       Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2016.
```
db          +Luis M Rodriguez,    116 Cortlandt Street,    Belleville, NJ 07109-3031
cr          +BMW Bank of North America,    Ascension Capital Group,    P.O. Box 165028,
             Irving, TX 75016-5028
516450158   +ARS/Account Resolution Specialist,    Po Box 459079,    Sunrise, FL 33345-9079
516450159   +Atlantic Federal Cred,    37 Market St.,    Kenilworth, NJ 07033-1761
516450160   +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516450161   +Bmw Bank Of North Amer,    2735 E Parleys Ways Ste,    Salt Lake City, UT 84109-1666
516450167  ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
             (address filed with court:  Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202)
516450163   +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
516450165   +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    Po Box 790040,
             St Louis, MO 63179-0040
516450166   +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
             Saint Louis, MO 63179-0040
516450168   +Convergent Outsoucing, Inc,    Po Box 9004,    Renton, WA 98057-9004
516450169   +Equifax,    POB 740241,    Atlanta, GA 30374-0241
516450170   +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
516450172   +KML Law Group PC,    216 Haddon Avenue, ste 406,    Collingswood, NJ 08108-2812
516450173   +New Jersey Gross Income Tax,    P.O Box 046,    Trenton, NJ 08646-0046
516450174   +Nicholas J. Zabala, Esq,    KML Law Group, PC,    216 Haddon Avenue,
             Collingswood, NJ 08108-1120
516450175   +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
516450179   +transunion,    POB 2000,    Crum Lynne, PA 19022-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 01 2016 22:00:26    U.S. Attorney,    970 Broad St.,
             Room 502,    Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 01 2016 22:00:25    United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
516457202   +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 01 2016 22:03:33
             BMW Bank of North America,    c/o Ascension Capital Group,    P.O. Box 165028,
             Irving, TX 75016-5028
516450162    E-mail/PDF: ais.bmw.ebn@americaninfosource.com Dec 01 2016 22:03:35    Bmw Financial Services,
             Attn: Bankruptcy Department,    Po Box 3608,    Dublin, OH 43016
516450164   +Fax: 602-659-2196 Dec 01 2016 22:08:08    Chex System,    7805 Hudson Road,    suite 100,
             Saint Paul, MN 55125-1703
516450171   +E-mail/Text: cio.bncmail@irs.gov Dec 01 2016 22:00:16    Internal Revenue Service,
             P.O. Box 804527,    Cincinnati, OH 45280-4527
516450176    E-mail/Text: bankruptcy@senexco.com Dec 01 2016 22:00:07    Senex Services Corp,
             3333 Founders Rd,    2nd Floor,    Indianaoplis, IN 46268
516450177   +E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2016 22:03:58    Synchrony Bank/PC Richard,
             Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
516450178   +E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2016 22:03:45    Synchrony Bank/TJX,
             Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
516450180   +E-mail/Text: collect@williamsalexander.com Dec 01 2016 22:00:20    Waassociates,    Po Box 2148,
             Wayne, NJ 07474-2148
                                                                                    TOTAL: 10
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016                          Signature:   /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2          Date Rcvd: Dec 01, 2016
                              Form ID: pdf905          Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2016 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor   MANUFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN
      AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      Jay L. Lubetkin    jlubetkin@rltlawfirm.com,   NJ57@ecfcbis.com,lvala@rltlawfirm.com,
      rgaydos@rltlawfirm.com
      Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
      NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
      Michelle  Labayen    on behalf of Debtor Luis M Rodriguez njchapter7@gmail.com,
      benitezgiovanna@gmail.com

                          TOTAL: 4